**Order entered June 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00773-CV

### IN THE INTEREST OF R.R. AND J.V., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-02361-R**

## ORDER

Based on the record before us, we **GRANT** appellant's motion to extend time to file notice of appeal. Appellant's June 16, 2014 notice of appeal is considered timely for jurisdictional purposes.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE